UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| PAMELA L. HARRISON, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-00381 |
| AMERICAN AIRLINES, INC., et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court rules as follows: Defendant American Airlines, Inc.'s ("American") Motion to Dismiss (Doc. No. 16) is **GRANTED IN PART** as to the claim for vicarious liability, to the extent Pamela L. Harrison ("Dr. Harrison") asserts vicarious liability for her breach of contract claim, and to the extent she asserts apparent agency liability, and is **DENIED IN PART** in all other respects; American's Motion to Dismiss (Doc. No. 10) and Dr. Harrison's Motion To Ascertain Status (Doc. No. 34) are **DENIED AS MOOT**. Dr. Harrison's stand-alone vicarious liability claim is **DISMISSED WITH PREJUDICE**.

The parties shall proceed to mediation and notify the Court as to their agreed mediator and an agreed date certain for mediation on or before Monday, **December 30, 2024**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE